| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | ELISSE LAROUCHE |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone: (510) 637-3500 |
| | Facsimile: (510) 637-3507 |
| 6 | Email: Elisse_Larouche@fd.org |

**FILED**

Aug 10 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Counsel for Defendant Rogers

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23–00249 HSG (DMR) |
| Plaintiff, | **STIPULATION AND ORDER TO ADVANCE STATUS HEARING AND ARRAIGNMENT** |
| v. | |
| RUFUS ROGERS, | Court: Courtroom 2, 4th Floor |
| Defendant. | Hearing Date: August 15, 2023 |
| | Hearing Time: 10:30 a.m. |

Defendant Rufus Rogers was scheduled for a preliminary hearing on Tuesday, August 15, 2023, but has since been indicted. The parties stipulate and request that the next hearing be advanced to Monday, August 14, 2023 for status and arraignment on indictment.

IT IS SO STIPULATED.

Dated:  August 10, 2023

JODI LINKER
Federal Public Defender
Northern District of California

              /S
ELISSE LAROUCHE
Assistant Federal Public Defender

Dated:  August 10, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

              /S
ALEXIS JAMES
Assistant United States Attorney

STIPULATION AND ORDER TO ADVANCE STATUS HEARING
*ROGERS*, CR 23–00249 HSG (DMR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUFUS ROGERS,<br><br>Defendant. | Case No.: CR 23–00249 HSG (DMR)<br><br>**ORDER TO ADVANCE STATUS HEARING AND ARRAIGNMENT**<br><br>**Court:**  Courtroom 2, 4th Floor |

the reasons noted by the parties, Mr. Rogers' preliminary hearing on August 15, 2023 is vacated and a status and arraignment on indictment is set for Monday, August 14, 2023 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   August 10, 2023

_____
HON. DONNA M. RYU
Chief Magistrate Judge