**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No. (510) 465-4000
Facsimile: (510) 842-1999
RobertByers@BayAreaJustice.com

Attorney for *Defendant*

**FILED**

**SEP 18 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | OAKLAND VENUE |
| Plaintiff, | CR 23-249 HSG |
| vs. | STIPULATION TO SUBSTITUTION OF COUNSEL. |
| RUFUS ROGERS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** that Robert D. Byers, Attorney at Law, be

substituted in the place and stead of Elisse Larouche, Federal Public Defender, as attorney of record for

the defendant, Rufus Rogers.

The undersigned, defendant, stipulates and agrees to the above substitution.

Date: September 18, 2023

_____
Rufus Rogers

The undersigned stipulates and agrees to the above substitution in light of Mr. Rogers having

retained attorney Robert Byers is place of appointed counsel.

Date: September 18, 2023

_____
Elisse Larouche
Attorney at Law

George Moore, Jr. Substitution of Attorney                    1

1

2

3

4          The undersigned stipulates and agrees to the above substitution.

5
        Date: September 18, 2023
6                                                        Robert Byers
                                                         Attorney at Law
7

8          Approved,

9
        Date: 9/18/23
10                                                       Kandis A. Westmore
                                                         United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25