**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for Rufus Rogers

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RUFUS ROGERS,<br><br>    Defendant. | OAKLAND VENUE<br><br>**CR No. 23-CR-249 HSG**<br><br>**STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME PURSUANT TO SPEEDY TRIAL ACT FROM** |

   Defendant Rufus Rogers, represented by Robert Byers, Esquire, and the government, represented by Adam Barkl, Special Assistant United States Attorney, are set to appear before the Court on Wednesday, May 1, 2024, at 2:00 p.m. for a Status Conference. Since our last court setting, the government has provided the defense with a plea agreement. To further explore resolution, the parties stipulate and request that the Court continue the status conference to May 29, 2024, at 2:00pm.

   The parties further stipulate and agree to exclude time under the Speedy Trial Act between May 1, 2023 and May 29, 2024, will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 1, 2024, through May 29, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME AND ORDER
23-CR-249 HSG

1

The undersigned attorney for defendant, certifies that he has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

DATED: April 30, 2024            /s/
ROBERT D. BYERS
Counsel for Rufus Rogers

DATED: April 30, 2024            /s/
ADAM BARKL
Special Assistant United States Attorney

## ORDER

Based upon the representations of counsel**, IT IS HEREBY ORDERED** that the May 1, 2024, status hearing is continued to May 29, 2024, at 2:00pm.

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court finds that failing to exclude the time from May 1, 2024, through May 29, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, considering the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding time to May 1, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 11, 2024, through May 1, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   **IT IS SO ORDERED.**

DATED:  5/1/2024           _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge