**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant Rogers*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR–249 HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| RUFUS ROGERS, | |
| Defendant. | |

    Defendant, Rufus Rogers, through his counsel, Robert Byers, and the United States, through its attorney, Special Assistant United States Attorney, Jillian Harvey, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from August 28, 2024, at 2:00 p.m. to November 13, 2024, at 2:00 p.m. Additionally, Khaminh Hyunh, the United States Probation Officer assigned to this matter is in agreement with this continuance.

//

//

//

Rufus Rogers Stipulation to Continue Sentencing         1

**IT IS SO STIPULATED.**

DATED: August 5, 2024

*Robert D Byers*
ROBERT D. BYERS
Counsel for Rufus Rogers

DATED: August 5, 2024

*Jillian Harvey*
JILLIAN HARVEY
Special Assistant United States Attorney

The court hereby continues the sentencing date in the above-captioned matter to November 13, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: 8/6/2024

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge